UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF
FLORIDA

OWEN HARTY
    Plaintiff,
vs
BIG LOTS STORES, INC.
    Defendant.
_____/

CASE NO.: 11-CV-14441

Type of Case: ADA

## MEDIATION REPORT

Pursuant to the Court's Order / Joint Stipulation, a Mediation conference was conducted by Michael J. Carbo, Esquire of Mediation, Inc., on July 12, 2012.

The following were present:

    All Plaintfiffs and Plaintiff Trial Counsel appeared.

    All Defendants and Defense Trial Counsel appeared.

The result of the Mediation conference is as follows:

    The parties have reached a total IMPASSE.

I HEREBY CERTIFY that a true copy of the foregoing was furnished by U.S. Mail on July 12, 2012 to:

    Cheryl Wilke, Esquire

    Philip Michael Cullen, III, Esquire

Respectfully Submitted:

JAMES B. CHAPLIN, ESQUIRE
Florida Bar Number 110628
for Michael J. Carbo, Esquire
Certified Mediator for MEDIATION, INC.
Post Office Box 4978
Fort Lauderdale, FL 33338
Telephone: (954) 764-1000
(800) 741-7000